UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Paceley,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Paceley Constructors, Inc.,<br><br>　　　　Defendants. | Case No. 2:14-cv-01551-PHX-SRB<br><br>**ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND DISMISSING ALL CLAIMS WITH PREJUDICE** |

　　　　The Parties in this action have submitted a *Joint Motion for Approval of Settlement Agreement and Stipulation to Dismiss All Claims with Prejudice* with an attached Settlement Agreement and Release.  Having reviewed the Joint Motion and Stipulation along with the proposed Settlement Agreement and Release, the Court enters the following Order:

　　　　IT IS HEREBY ORDERED:

　　　　1.　　The Settlement Agreement and Release is approved in its entirety, and is a fair and reasonable resolution of the Parties' *bona fide* dispute;

　　　　2.　　This matter is hereby dismissed, *with prejudice*, with the parties to bear their respective attorneys' fees and costs.

　　　　Dated this 29th day of December, 2015.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Susan R. Bolton
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge